# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| New South Construction Company, Inc. ) | ASBCA No. 61314 |
| ) | |
| Under Contract No. W912HN-14-C-0002 ) | |

APPEARANCE FOR THE APPELLANT:          Jessica C. Abrahams, Esq.
                                       Drinker Biddle & Reath LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Laura J. Arnett, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 23 May 2018

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61314, Appeal of New South Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals